UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3592 FMO (JEMx) | Date | August 31, 2020 |
|---|---|---|---|
| Title | Rafael Arroyo, Jr. v. Denaco, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of July 15, 2020, the parties were required to complete a settlement conference no later than August 21, 2020.  (See Dkt. 111, Court's Order of July 15, 2020).  The court's order required to the parties to file a Status Report Re: Settlement indicating whether the case settled no later than August 28, 2020.  (Id.).

As of the filing date of this Order, no Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **September 4, 2020**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of July 15, 2020.  **Failure to submit a response to this Order by the deadline set forth above shall result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |